No. 65828.—Teigh, Inc. *v.* United States, protest 325640–K (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 65829.—S. H. Kress & Company and F. W. Woolworth Company *v.* United States, protests 60/627 and 60/539 (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65830.—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 60/29755, etc.  (New York).